IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

```
                               *
STEPHEN M. WRIGHT, et al.
                               *

      Plaintiffs,              *
v.                             *     CIVIL NO.: WDQ-06-827

DONEGAL INSURANCE COMPANIES,   *
et al.                         *

      Defendants.              *

*     *     *     *     *     *     *     *     *     *     *     *     *
```

MEMORANDUM OPINION AND ORDER

Pro Se Plaintiff Stephen Wright, Trust FBO Secured Creditors Perryville Investment Group, LLC and Perryville Investment Group, LLC, sued Donegal Insurance Companies ("Donegal")and Lassen, Marine, Webster, Inc. ("Lassen, Marine and Webster")for wrongfully denying their insurance claim.  The Plaintiffs' complaint alleges both breach of contract and various torts under Maryland law.

On June 7, 2006, the Court granted Donegal's motion to dismiss and *sua sponte* dismissed the complaint against Lassen, Marine and Webster.  In its ruling, the Court found that the Plaintiffs' breach of contract claim was untimely.  The Court also found that the Plaintiffs' tort claims--all based upon the Defendants' failure to settle the insurance claim--were entirely contractual.

1

Pending is the Plaintiff's motion to alter, amend or vacate the Court's order.  For the following reasons, the  motion will be denied.

ANALYSIS

A court may amend a final judgment under Rule 60(b) for, *inter alia,* mistake, inadvertence, surprise, excusable neglect or newly discovered evidence.  Fed. R. Civ. P. 60(b).

The Plaintiffs have moved to amend the Court's June 7, 2006 order arguing that their: (1) breach of contract claim was filed within the statute of limitations period; and (2) tort claims are separate and distinct from their breach of contract claim.

Notwithstanding these arguments, the Plaintiffs have failed to show any mistake or offer newly discovered evidence that would justify amendment of the Court's June 7, 2006 order. Accordingly, the Plaintiffs' motion to alter, amend or vacate the June 7, 2006 order will be denied.


_August 30, 2006__                    _____/S/_____
                                      ___
Date                                  William D. Quarles, Jr.
                                      United States District Judge

3